# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>  Plaintiff,<br><br>    v.<br><br>LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,<br><br>  Defendants. | CIVIL ACTION NO.<br><br> 5:19-cv-00427-BO<br><br><br>JURY TRIAL DEMANDED |

## SECOND JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties respectfully submit this second joint motion to amend the scheduling order [DE-23]. Nokia Technologies OY ("Nokia") and Lenovo (United States), Inc. have filed briefs regarding a schedule for claim and prior art reduction. *See* [DE-25, 27, 29, and 30]. The Court's decision on this issue has implications for the parties' infringement and invalidity contentions.

On March 13, 2020, the Court granted the parties' joint motion to amend the scheduling order, extending the deadlines to serve preliminary infringement and invalidity contentions by two weeks. [DE-33]. The parties respectfully request that the Court further extend the infringement and invalidity contention deadlines as follows:

| Event: | Current Deadline: | Second Amended Deadline: |
|---|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and associated document production (LCR 303.1 and 303.2) | March 30, 2020 | April 13, 2020 |
| Preliminary Invalidity Contentions and associated document production (LCR 303.3 and 303.4) | June 12, 2020 | June 26, 2020 |

In light of this request for a further extension, Nokia also modifies its proposed claim reduction schedule to shorten the window between receiving invalidity contentions and narrowing its asserted claims from 40 days (as currently proposed) to 20 days.

The parties further request that all other deadlines and proposals remain unchanged.

Date: March 27, 2020                    Respectfully submitted,

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
TX State Bar No. 19196650
Warren Lipschitz
TX State Bar No. 24078867
Albert M. Suarez IV
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email:   tstevenson@mckoolsmith.com

*COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*


/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

*LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*


/s/ *Jacob S. Wharton*
Hayden J. Silver III, NCSB No. 10037
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099
E-mail: Jay.Silver@wbd-us.com

Jacob S. Wharton, NCSB No. 37421

Ana J. Friedman, NCSB No. 53117
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
Facsimile: (336) 726-6985
E-mail: Jacob.Wharton@wbd-us.com

/s/ *Sarah R. Frazier*
William F. Lee
Richard W. O'Neill
Timothy D. Syrett
Sarah R. Frazier
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

*Counsel for Lenovo (United States) Inc.*

# CERTIFICATE OF SERVICE

This is to certify that this day, March 27, 2020, I electronically filed the foregoing **Second Joint Motion to Amend the Scheduling Order** with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to counsel of record in this matter.

*/s/ Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

LOCAL CIVIL RULE 83.1(D) COUNSEL
FOR PLAINTIFF NOKIA TECHNOLOGIES OY