IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-427-BO

| | | |
|---|---|---|
| NOKIA TECHNOLOGIES OY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, and LENOVO (UNITED STATES), INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

This cause is before the Court on (1) Lenovo's unopposed motion for leave to amend its answer [DE 44], (2) a partially opposed motion for a protective order [DE 45], and (3) a joint motion for appointment of a mediator [DE 46].

The motion for leave to amend [DE 44] is GRANTED. The Clerk is DIRECTED to enter on the docket defendant Lenovo (United States) Inc.'s Amended Answer, Defenses and Counterclaims to the Complaint of Nokia Technologies Oy.

The motion for a protective order [DE 45] is also GRANTED. The Court has reviewed the parties' positions with respect the disputed provisions of the proposed protective order. The Court's protective order will include the proposed provision allowing requests for in-house counsel to access confidential documents, which tracks this District's Default Protective Order. The protective order will exclude the proposed development bar. The Court will separately enter the protective order as described.

1

Finally, the motion to appoint a mediator [DE 46] is GRANTED. The Honorable Jose Linares is appointed as mediator in this matter.

SO ORDERED, this __15__ day of May, 2020.

*Terrence W. Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE