IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 5:19-cv-00427-BO <br><br> JURY TRIAL DEMANDED |

## NOKIA'S MOTION TO DISMISS LENOVO (UNITED STATES), INC.'S SECOND COUNTERCLAIM: VIOLATION OF THE NORTH CAROLINA UNFAIR TRADE PRACTICES ACT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Nokia Technologies OY ("Nokia"), by and through its undersigned counsel, respectfully submits this Motion to Dismiss the Second Counterclaim filed by Defendant Lenovo (United States), Inc. on May 18, 2020. *See* ECF No. 48. This motion is accompanied by a brief that sets forth the reasons the Second Counterclaim fails to state a claim upon which relief can be granted. For the reasons stated therein, Nokia respectfully asks the Court to dismiss Lenovo (United States), Inc.'s Second Counterclaim: Violation of the North Carolina Unfair Trade Practices Act.

Dated the 29th day of June, 2020.

/s/ Theodore Stevenson, III
Theodore Stevenson, III
TX State Bar No. 19196650
tstevenson@mckoolsmith.com
Warren Lipschitz
TX State Bar No. 24078867
wlipschitz@mckoolsmith.com
Richard Kamprath
TX State Bar No. 24078767
rkamprath@mckoolsmith.com
Albert M. Suarez IV
asuarez@mckoolsmith.com
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

/s/ Matthew P. McGuire
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

*LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing Motion to Dismiss Lenovo (United States), Inc.'s Second Counterclaim: Violation of the North Carolina Unfair Trade Practices Act with the Clerk of Court using the CM/ECF system, which will send notification of such filing and effectuate service to the counsel of record in this matter.

                                  **ALSTON & BIRD LLP**

                                  */s/ Matthew P. McGuire*
                                  Matthew P. McGuire
                                  N.C. State Bar. No. 20048
                                  ALSTON & BIRD LLP
                                  555 Fayetteville Street, Suite 600
                                  Raleigh, NC 27601
                                  Telephone: (919) 862-2200
                                  Facsimile: (919) 862-2260
                                  E-mail: matt.mcguire@alston.com

                                  *LOCAL CIVIL RULE 83.1(D) COUNSEL*
                                  *FOR PLAINTIFF NOKIA TECHNOLOGIES OY*