# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 5:19-cv-00427-BO <br><br> JURY TRIAL DEMANDED |

## NOKIA'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Nokia Technologies Oy ("Nokia"), by and through its undersigned counsel, respectfully submits this Motion for Leave to File First Amended Complaint. This motion is accompanied by Nokia's proposed First Amended Complaint and a brief that sets forth the reasons that leave to amend should be granted. For the reasons stated therein, Nokia respectfully requests the Court grant leave to file its First Amended Complaint.

Dated the 2nd day of July, 2020.

                                      */s/ Theodore Stevenson, III*
Theodore Stevenson, III
TX State Bar No. 19196650
tstevenson@mckoolsmith.com
Warren Lipschitz
TX State Bar No. 24078867
wlipschitz@mckoolsmith.com
Richard Kamprath
TX State Bar No. 24078767
rkamprath@mckoolsmith.com
Albert M. Suarez IV
asuarez@mckoolsmith.com
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*


*/s/ Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

*LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing Unopposed Motion for Leave to File First Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing and effectuate service to the counsel of record in this matter.

                                        **ALSTON & BIRD LLP**

                                        */s/ Matthew P. McGuire*
                                        Matthew P. McGuire
                                        N.C. State Bar. No. 20048
                                        ALSTON & BIRD LLP
                                        555 Fayetteville Street, Suite 600
                                        Raleigh, NC 27601
                                        Telephone: (919) 862-2200
                                        Facsimile: (919) 862-2260
                                        E-mail: matt.mcguire@alston.com

                                        *LOCAL CIVIL RULE 83.1(D) COUNSEL*
                                        *FOR PLAINTIFF NOKIA TECHNOLOGIES OY*