IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-00427-BO

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,** Plaintiff, v. **LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,** Defendants. | **ORDER GRANTING NOKIA'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Before the Court is Plaintiff Nokia Technologies Oy's ("Plaintiff") Unopposed Motion for Leave to File First Amended Complaint. Having considered the motion, the Court finds that the Motion should be GRANTED. Plaintiff may file its First Amended Complaint on the docket.

SO ORDERED, the __ day of July, 2020.