IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-00427-BO

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>  Plaintiff,<br><br>    v.<br><br>LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., *et al.*,<br><br>  Defendants. | ORDER |

This matter is before the Court with regard to a stipulated motion regarding extension of time. ECF 64. The motion is allowed and the deadline is amended as follows:

1. Deadline to respond to Lenovo's Motion to Correct Protective Order (ECF 61), is **July 29, 2020**.

2. Deadline to respond to Nokia's First Amended Complaint (ECF 63), is **August 7, 2020**.

SO ORDERED, the 23rd day of July, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court