IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-00427-BO

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD.; LENOVO GROUP, LTD.; LENOVO BEIJING, LTD.; LENOVO PC HK LIMITED; LENOVO (UNITED STATES), INC. | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SPECIAL, LIMITED APPEARANCE

NOW COMES the undersigned, Jacob S. Wharton, and hereby enters a special, limited appearance as counsel for Lenovo (Beijing) Limited, for the sole purpose of contesting process, service of process, and personal jurisdiction.

Pursuant to Fed. R. Civ. P. 5, copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

This the 18th day of August, 2020.

                                                   **WOMBLE BOND DICKINSON (US) LLP**

                                                   */s/ Jacob S. Wharton*
                                                   Jacob S. Wharton, NCSB No. 37421
                                                   One West 4th Street
                                                   Winston-Salem, North Carolina 27101
                                                   Telephone: (336) 747-6609
                                                   E-mail: jacob.wharton@wbd-us.com
                                                   *Attorneys for Defendant Lenovo (Beijing) Limited*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing *Notice of Special, Limited Appearance* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. McGuire
Alston & Bird LLP
555 Fayetteville Street, Ste. 600
Raleigh, NC 27601

Thomas G. Walker
Alston & Bird LLP
101 South Tryon St., Ste. 4000
Charlotte, NC 28280

This the 18th day of August, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Jacob S. Wharton*
Jacob S. Wharton, NCSB No. 37421
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
E-mail: jacob.wharton@wbd-us.com
*Attorneys for Defendant Lenovo (Beijing) Limited*