**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO. 5:19-cv-00427-BO**

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LENOVO (SHANGHAI)** | ) |
| **ELECTRONICS TECHNOLOGY CO.** | ) |
| **LTD.; LENOVO GROUP, LTD.;** | ) |
| **LENOVO BEIJING, LTD.; LENOVO PC** | ) |
| **HK LIMITED; LENOVO (UNITED** | ) |
| **STATES), INC.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SPECIAL, LIMITED APPEARANCE

NOW COMES the undersigned, William F. Lee, and hereby enters a special, limited appearance as counsel for Lenovo (Shanghai) Electronics Technology Co., Ltd., for the sole purpose of contesting process, service of process, and personal jurisdiction, in association with local counsel, Jacob S. Wharton, Womble Bond Dickinson (US) LLP, One West Fourth Street, Winston-Salem, North Carolina 27101 and Hayden J. Silver, III, Womble Bond Dickinson (US) LLP, 555 Fayetteville Street, Suite 1100, Raleigh, North Carolina 27601.

Pursuant to Fed. R. Civ. P. 5, copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification. I certify that I will submit any document to local counsel for review prior to filing the document with the Court.

This the 8th day of September 2020.

**WILMERHALE**

*/s/ William F. Lee*
William F. Lee, MA Bar. No. 291960
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
William.Lee@wilmerhale.com

*/s/ Jacob S. Wharton*
Jacob S. Wharton, NCSB No. 37421
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
E-mail: jacob.wharton@wbd-us.com
*Attorneys for Defendant Lenovo (Shanghai) Electronics*
*Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing **Notice of Special, Limited Appearance** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. McGuire
Alston & Bird LLP
555 Fayetteville Street, Ste. 600
Raleigh, NC 27601

Thomas G. Walker
Alston & Bird LLP
101 South Tryon St., Ste. 4000
Charlotte, NC 28280

This the 8th day of September 2020.

**WILMERHALE**

*/s/ William F. Lee*
William F. Lee, MA Bar. No. 291960
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
William.Lee@wilmerhale.com
*Attorney for Defendant Lenovo (Shanghai) Electronics Technology Co., Ltd.*

3