**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**Case No.** 5:19-cv-00427-BO

Nokia Technologies Oy )
)
Plaintiff(s), )
)
vs )
)
Lenovo (Shanghai) Electronics Technology Co., Ltd., et al. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Lenovo (Shanghai) Electronics Technology Co., Ltd.__ who is __Defendant__,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ○     NO ◉

2. Does party have any parent corporations?

    YES ◉     NO ○

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

Lenovo Manufacturing Limited owns 66.54% of Lenovo (Shanghai) Electronics Technology Co., Ltd.'s stock.
Lenovo (Beijing) Limited owns 33.46% of Lenovo (Shanghai) Electronics Technology Co., Ltd.'s stock.
Lenovo Manufacturing Limited is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited.
Lenovo (Beijing) Limited is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○     NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ●     NO ○

If yes, identify entity and nature of interest:
Lenovo Group Limited (Hong Kong) is a 100% indirect owner of Lenovo (Beijing) Limited and is a publicly traded entity traded on the Hong Kong Stock Exchange.

5. Is party a trade association?

YES ○     NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Jacob S. Wharton

Date: September 8, 2020

[Finalize Form] [Reset Form]