# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:19-cv-00427-BO

Nokia Technologies Oy )
)
Plaintiff(s), )
)
vs )
)
Lenovo (Shanghai) Electronics Technology Co., Ltd., et al. )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Lenovo PC HK Limited__ who is __Defendant__,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯     NO ⬤

2. Does party have any parent corporations?

   YES ⬤     NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Lenovo International Limited owns 100% of Lenovo (Beijing) Limited's stock.
Lenovo Holding Company Inc. is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯     NO ⬤

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ●      NO ○

If yes, identify entity and nature of interest:

Lenovo Group Limited (Hong Kong) is a 100% indirect owner of Lenovo (Beijing) Limited and is a publicly traded entity traded on the Hong Kong Stock Exchange.

5. Is party a trade association?

YES ○      NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Jacob S. Wharton

Date: September 9, 2020

[Finalize Form] [Reset Form]