IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-00427-BO

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD.; LENOVO GROUP, LTD.; LENOVO BEIJING, LTD.; LENOVO PC HK LIMITED; LENOVO (UNITED STATES), INC. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SPECIAL, LIMITED APPEARANCE

NOW COMES the undersigned, Hayden J. Silver III, and hereby enters a special, limited appearance as counsel for Lenovo PC HK Limited, for the sole purpose of contesting process, service of process, and personal jurisdiction.

Pursuant to Fed. R. Civ. P. 5, copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

This the 9th day of September, 2020.

                              **WOMBLE BOND DICKINSON (US) LLP**

                              /s/ Hayden J. Silver III
                              Hayden J. Silver III, NCSB No. 10037
                              555 Fayetteville Street, Suite 1100
                              PO Box 831
                              Raleigh, North Carolina 27601
                              Telephone: (919) 755-2188
                              Facsimile: (919) 755-6099
                              E-mail: Jay.Silver@wbd-us.com
                              *Attorneys for Defendant Lenovo PC HK Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing *Notice of Special, Limited Appearance* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. McGuire
Alston & Bird LLP
555 Fayetteville Street, Ste. 600
Raleigh, NC 27601

Thomas G. Walker
Alston & Bird LLP
101 South Tryon St., Ste. 4000
Charlotte, NC 28280

This the 9th day of September, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Hayden J. Silver III
Hayden J. Silver III, NCSB No. 10037
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099
E-mail: Jay.Silver@wbd-us.com

*Attorneys for Defendant Lenovo PC HK Limited*