IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br>Plaintiff,<br><br>v.<br><br>LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,<br><br>**Defendants.** | CIVIL ACTION NO. 19-CV-427 |

**REPLY IN SUPPORT OF DEFENDANT LENOVO
(UNITED STATES) INC.'S MOTION TO STAY**

Lenovo United States' Motion to Stay (ECF 89, the "Motion") is ripe for the Court's consideration and should be granted in its entirety.

1. Nokia does not oppose Lenovo United States' request to stay this case with respect to all patents, and admits that "the parties and Court can save resources by staying this case until the ITC investigation is concluded." (ECF 116 ¶¶ 1, 2.)

2. Nokia also confirms that it intends to proceed with the parties' mediation with Judge Linares scheduled for September 21, 2020. (*Id.* ¶ 3.)

Accordingly, Lenovo United States' Motion to stay all deadlines in this matter except for the September 21, 2020 mediation deadline should be granted.[1]

---

[1] Nokia purports to "reserve[] its rights" to seek to lift the discretionary stay if "Lenovo and/or its H.264-related suppliers file any separate actions relating to the claims or issues in this case against Nokia." ECF 116 ¶ 4. Nokia does not provide any reason why such a hypothetical future case would change the calculus regarding whether a discretionary stay of this case is warranted and in the interest of judicial economy. It would not. In any event, Nokia's attempted reservation of rights need not delay resolution of Lenovo United States' motion, as Nokia does not oppose the requested stay and the Court can decide whether any future request to lift the stay is warranted under the circumstances (just as it would with any other request to lift a stay).

DATED: September 15, 2020                    Respectfully submitted,

<div style="margin-left: 2em;">

*/s/ Jacob S. Wharton*
Hayden J. Silver III, NCSB No. 10037
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
P.O. Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
E-mail: jay.silver@wbd-us.com

Jacob S. Wharton, NCSB No. 37421
Ana J. Friedman, NCSB No. 53117
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
E-mail: jacob.wharton@wbd-us.com
        ana.friedman@wbd-us.com

William F. Lee
Richard W. O'Neill
Sarah R. Frazier
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Email: william.lee@wilmerhale.com
        richard.o'neill@wilmerhale.com
        sarah.frazier@wilmerhale.com

Todd C. Zubler
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Email: todd.zubler@wilmerhale.com

*Counsel for Lenovo (United States) Inc.*

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2020, a true and correct copy of the above and foregoing REPLY IN SUPPORT OF LENOVO (UNITED STATES) INC.'S MOTION TO STAY was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for all parties.

*/s/ Jacob S. Wharton*
Hayden J. Silver III, NCSB No. 10037
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
P.O. Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
E-mail: jay.silver@wbd-us.com

Jacob S. Wharton, NCSB No. 37421
Ana J. Friedman, NCSB No. 53117
WOMBLE BOND DICKINSON (US) LLP
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
E-mail: jacob.wharton@wbd-us.com
        ana.friedman@wbd-us.com

*Counsel for Lenovo (United States) Inc.*