IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-427-BO

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| LENOVO (SHANGHAI) ELECTRONICS ) | |
| TECHNOLOGY CO. LTD., *et al.*, ) | |
| Defendant. ) | |

This cause comes before the Court on plaintiff's motion to stay the case pursuant to 28 U.S.C. § 1659(a). [DE 89]. Plaintiff asks the Court to suspend all deadlines adopted by the Court, except the deadline for conclusion of initial mediation, until the determination of the United States International Trade Commission (ITC) in its investigation is final. Defendant does not oppose plaintiff's request for a stay, except for the carveout of the deadline for conclusion of initial mediation from the stay.

Pursuant to § 1659(a), plaintiff is entitled to request a mandatory stay as to the patents in the ITC case and has timely made its request. The motion is ALLOWED and all deadlines adopted by the Court are STAYED until the determination of the ITC in *Certain Electronic Devices, Including Computers, Tablet Computers, and Components and Modules Thereof*, Inv. No. 337-TA-1208 becomes final. The Court further ORDERS the parties to promptly notify when the determination of ITC Investigation No. 337-TA-1208, including any appeals therefrom, becomes final.

SO ORDERED, this 18 day of September, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE