# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>　Plaintiff,<br><br>　v.<br><br>LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,<br><br>　Defendants. | CIVIL ACTION NO.<br><br>5:19-CV-0427-BO |

**PLAINTIFF NOKIA TECHNOLOGIES OY'S MOTION TO LIFT STAY FOR THE LIMITED PURPOSE OF REQUESTING AN INJUNCTION AGAINST A SECOND FILED CASE RAISING THE SAME ISSUES PRESENT HERE**

Plaintiffs Nokia Technologies Oy ("Nokia") respectfully files this Motion to Lift Stay for the Limited Purpose of Requesting and Injunction Against a Second Filed Case Raising the Same Issues Present Here, and requests that the Court order Lenovo (United States) Inc.'s to nonsuit its case in California against Nokia Technologies OY, Case no. 5:20-cv-08650 (N.D. Cal.).

Date: February 17, 2021

Respectfully submitted,

/s/ Theodore Stevenson, III
Theodore Stevenson, III
TX State Bar No. 19196650
tstevenson@mckoolsmith.com
Warren Lipschitz
TX State Bar No. 24078867
wlipschitz@mckoolsmith.com
Richard A. Kamprath

TX State Bar No. 24078767
rkamprath@mckoolsmith.com
Albert M. Suarez IV
asuarez@mckoolsmith.com
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

/s/ Matthew P. McGuire
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

*LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, a true and correct copy of the above and foregoing Plaintiff Nokia Technologies OY's Memorandum in Support of its Motion to Enjoin Defendant's Second Filed Action was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for all parties.

*/s/ Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com
*LOCAL CIVIL RULE 83.1(D) COUNSEL*

*FOR PLAINTIFF NOKIA TECHNOLOGIES OY*