IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,**<br><br>   Plaintiff,<br><br>       v.<br><br>**LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,**<br><br>   Defendants. | CIVIL ACTION NO.<br><br>5:19-CV-0427-BO |

**PLAINTIFF NOKIA TECHNOLOGIES OY'S
NOTICE OF FILING UNDER SEAL**

Pursuant to the Protective Order entered in this action on May 18, 2020 and pursuant to Local Civil Rule 79.2 and Section V.G.1(e) of the Electronic Case Filing Administrative Policies and Procedures Manual for the U.S. District Court for the Eastern District of North Carolina, Plaintiff Nokia Technologies OY ("Nokia"), by and through its counsel, hereby gives notice that it has filed Nokia's Memorandum in Support of its Motion to Lift Stay for the Limited Purpose of Requesting and Injunction Against a Second Filed Case Raising the Same Issues Present Here ("Memorandum") and supporting exhibits under seal. The Memorandum and exhibits include statements that relate to or reflect information contained in confidential correspondence between Nokia and other entities. One or more of these documents have been produced in this matter and have been designated as "Confidential."

Date: February 17, 2021                Respectfully submitted,

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
TX State Bar No. 19196650
tstevenson@mckoolsmith.com
Warren Lipschitz
TX State Bar No. 24078867
wlipschitz@mckoolsmith.com
Richard Kamprath
TX State Bar No. 24078767
rkamprath@mckoolsmith.com
Albert M. Suarez IV
asuarez@mckoolsmith.com
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

*COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

*LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF NOKIA TECHNOLOGIES OY*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, a true and correct copy of the above and foregoing Plaintiff Nokia Technologies OY's Notice of Filing Under Seal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for all parties.

>*/s/ Matthew P. McGuire*
>Matthew P. McGuire
>N.C. State Bar. No. 20048
>ALSTON & BIRD LLP
>555 Fayetteville Street, Suite 600
>Raleigh, NC 27601
>Telephone: (919) 862-2200
>Facsimile: (919) 862-2260
>E-mail: matt.mcguire@alston.com
>
>*LOCAL CIVIL RULE 83.1(D) COUNSEL*
>*FOR PLAINTIFF NOKIA TECHNOLOGIES OY*