## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CASE NO. 5:19-cv-00427-BO

| | | |
|---|---|---|
| **NOKIA TECHNOLOGIES OY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LENOVO (SHANGHAI)** | ) | **CONSENT MOTION FOR** |
| **ELECTRONICS TECHNOLOGY CO.** | ) | **EXTENSION OF TIME TO RESPOND** |
| **LTD.; LENOVO GROUP, LTD.;** | ) | **TO MOTION TO LIFT STAY** |
| **LENOVO BEIJING, LTD.; LENOVO PC** | ) | |
| **HK LIMITED; LENOVO (UNITED** | ) | |
| **STATES), INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of Plaintiff's counsel, Defendant Lenovo (United States), Inc. ("Lenovo US") moves the Court for an extension up to and including **March 24, 2021**, in which to respond to Plaintiff Nokia Technologies Oy's Motion to Lift Stay for the Limited Purpose of Requesting an Injunction Against a Second Filed Case Raising the Same Issues Present Here (ECF No. 119) ("Nokia's Motion to Lift Stay"). In support of this Motion, Lenovo US shows the Court the following:

1. On September 25, 2019, Plaintiff filed this Lawsuit;

2. On September 18, 2020, this Court entered an Order staying all proceedings (ECF No. 118);

3. On February 17, 2021, Nokia moved to the lift the stay (ECF No. 119);

4. Under Local Civil Rule 7.3(f)(1), Lenovo US's response to Nokia's Motion to Lift Stay is currently due March 10, 2020;

5. Lenovo US needs additional time to evaluate Nokia's Motion to Lift Stay and to

continue conversations with Nokia in an attempt to forego the need for Nokia's Motion altogether;

6.  Counsel for Lenovo US has contacted counsel for Plaintiff, who has consented to this Motion; and

7.  This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Lenovo US requests that this Court grant its motion and allow Lenovo US until March 24, 2021 to respond to Plaintiff's Complaint.

Respectfully submitted, this the 9th day of March, 2021.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Jacob S. Wharton*
Hayden J. Silver III, NCSB No. 10037
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099
E-mail:  Jay.Silver@wbd-us.com

Jacob S. Wharton, NCSB No. 37421
One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
Facsimile: (336) 726-6985
E-mail:  Jacob.Wharton@wbd-us.com

*Attorneys for Defendant Lenovo (United States), Inc.*

2