IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-00427-BO

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, </br></br> Plaintiff, </br></br> v. </br></br> LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD.; LENOVO GROUP, LTD.; LENOVO BEIJING, LTD.; LENOVO PC HK LIMITED; LENOVO (UNITED STATES), INC. </br></br> Defendants. | **ORDER ALLOWING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO LIFT STAY** |

Upon motion of Defendant Lenovo (United States), Inc., and with the consent of Plaintiff and for good cause shown, Defendant Lenovo (United States), Inc. is granted an extension of time within which to respond to Plaintiff Nokia Technologies Oy's Motion to Lift Stay for the Limited Purpose of Requesting an Injunction Against a Second Filed Case Raising the Same Issues Present Here (ECF No. 123), up to and including April 7, 2021.

This the _____ day of March, 2021.