# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO GROUP, LTD., LENOVO BEIJING, LTD., LENOVO PC HK LIMITED, AND LENOVO (UNITED STATES), INC.,** <br><br> **Defendants.** | CIVIL ACTION NO. <br><br> 5:19-CV-00427-BO |

## JOINT STIPULATION TO DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2)(ii), the parties jointly stipulate to the dismissal of this action without prejudice, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees. The parties request that the Clerk of Court close this case.

Date: April 12, 2021                    Respectfully submitted,

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
TX State Bar No. 19196650
Warren Lipschitz
TX State Bar No. 24078867
Albert M. Suarez IV
TX State Bar No. 24113094
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Email:   tstevenson@mckoolsmith.com

**COUNSEL FOR PLAINTIFF**


/s/ *Matthew P. McGuire*
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

**LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF**


/s/ *Jacob S. Wharton*
Hayden J. Silver III, NCSB No. 10037
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
PO Box 831
Raleigh, North Carolina 27601
Telephone: (919) 755-2188
Facsimile: (919) 755-6099
E-mail: Jay.Silver@wbd-us.com

Jacob S. Wharton, NCSB No. 37421
Ana J. Friedman, NCSB No. 53117
WOMBLE BOND DICKINSON (US) LLP

2
Case 5:19-cv-00427-BO   Document 126   Filed 04/12/21   Page 2 of 4

One West 4th Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6609
Facsimile: (336) 726-6985
E-mail: Jacob.Wharton@wbd-us.com

**LOCAL CIVIL RULE 83.1(D) COUNSEL FOR DEFENDANTS**

/s/ *Sarah R. Frazier*
William F. Lee
Richard W. O'Neill
Timothy D. Syrett
Sarah R. Frazier
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Todd Zubler
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

**COUNSEL FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

This is to certify that this day, April 12, 2021, I electronically filed the foregoing **Joint Stipulation to Dismissal** with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to counsel of record in this matter.

/s/ Matthew P. McGuire
Matthew P. McGuire
N.C. State Bar. No. 20048
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
E-mail: matt.mcguire@alston.com

**LOCAL CIVIL RULE 83.1(D) COUNSEL FOR PLAINTIFF**